FILED

FEB 13 2019

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                 )<br>)<br>CHRISTOPHER MICHAEL CONWAY )<br>)<br>                                                        ) | CR. NO. 2:19cr61-MHT<br>[18 U.S.C. § 922(g)(1);<br>18 U.S.C. § 2]<br><br>INDICTMENT |

The Grand Jury charges:

## COUNT 1
(Possession of a Firearm by a Convicted Felon)

In or about January, 2018, in Montgomery County, within the Middle District of Alabama, the defendant,

**CHRISTOPHER MICHAEL CONWAY,**

aiding and abetting another and aided and abetted by another, having been convicted in a court, of a crime punishable by imprisonment for a term in excess of one year, did knowingly possess a firearm and ammunition, in and affecting interstate and foreign commerce, that is: a Harrington and Richardson, Model 158, 12 gauge shotgun and live ammunition, better descriptions of which are unknown, in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

## FORFEITURE ALLEGATION

A.     The allegations contained in Count 1 of this indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

B.     Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Count 1 of this indictment, the defendant,

CHRISTOPHER MICHAEL CONWAY,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offenses in violation of Title 18, United States Code, Section 922(g)(1). The property includes, but is not limited to, a Harrington and Richardson, Model 158, 12 gauge shotgun and live ammunition.

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

*[signature]*
Foreperson

2

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

Kevin P. Davidson
Assistant United States Attorney