IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )         2:19cr61-MHT
                            )             (WO)
CHRISTOPHER MICHAEL CONWAY  )
```

MENTAL-HEALTH ORDER

In accordance with the provisions in the judgment of conviction (doc. no. 66), it is ORDERED that, upon commencement of supervised release for defendant Christopher Michael Conway, the United States Probation Office shall:

(1) Arrange for a mental-health and drug assessment, which should identify and recommend appropriate treatment for any mental illnesses or substance-abuse disorders. If defendant Conway qualifies for inpatient treatment, he is to enter inpatient treatment for six months to address his mental-health and substance-abuse issues. If defendant Conway does not qualify for inpatient treatment, he is to reside in a halfway house for six months, again to

address both his mental-health and substance-abuse issues.

(2) File a report of said assessment under seal with the court within 30 days of the beginning of supervision.

It is further ORDERED that, after defendant Conway's completion of six months in inpatient treatment or at a halfway house, he shall participate in mental-health and substance-abuse counseling at least twice a month, until further order of the court.

DONE, this the 16th day of December, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE