IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:19cr61-MHT
                            )           (WO)
CHRISTOPHER MICHAEL CONWAY  )
```

ORDER

This case is before the court on defendant Christopher Michael Conway's motion for early termination of supervised release, which the government does not oppose, and which the probation department recommends be granted. The probation officer reports that Conway has completed over half of his three-year term of supervised release, and that, during that time, he has complied with all conditions of supervision, passed all drug screens, maintained stable employment, and participated satisfactorily in court-mandated treatment. The department adds that Conway "appears to have well positioned himself to remain crime free and a productive member of the community." Prob. Dept.'s

Resp. (Doc. 73) at 2.  The court finds that the motion should be granted.

***

Accordingly, it is ORDERED that defendant Christopher Michael Conway's motion for early termination of supervised release (Doc. 70) is granted, and he is discharged, effective immediately.

DONE, this the 20th day of July, 2023.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE